**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWONE W. WILKINSON, | ) NO. CV 07-2658-DOC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| J. SULLIVAN, WARDEN, | ) |
| Respondent. | ) |

    Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 20, 2010.

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE